RECEIVED AND FILED DLS
OCT 19 2018
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re: RAYMOND J. OLSEN, JR.<br><br>Debtor. | Case No.: 17-11962-BTB<br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1 |     SNSC requests that for all notice purposes and for inclusion in the Master Mailing List
2 | in this case, the following address be used:

3 | **PHYSICAL ADDRESS:**                        **EMAIL ADDRESS:**
4 | SN Servicing Corporation                BKNotices@snsc.com
   323 5th Street
5 | Eureka, CA 95501

8 | Dated: October 17, 2018                  By: *[signature]*
                                                   Adam Thursby on behalf of Kathy Watson
9 |                                                    c/o SN Servicing Corporation
10 |                                                    Bankruptcy Asset Manager
                                                   323 5th Street
11 |                                                    Eureka, CA 95501
                                                   800-603-0836
12 |                                                    BKNotices@snservicing.com

(Lines 13–28 blank)

RECEIVED AND FILED
DLS
OCT 1 9 2018
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re: RAYMOND J. OLSEN, JR., | Case No.: 17-11962-BTB |
| Debtors. | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

On October 17, 2018 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor:**<br>**RAYMOND J. OLSEN, JR.**<br>670 HOMEWILLOW AVE.<br>LAS VEGAS, NV 89123 | **Chapter 13 Trustee:**<br>**RICK A. YARNALL**<br>701 BRIDGER AVE., #820<br>LAS VEGAS, NV 89101 |
|---|---|
| **Debtor's Counsel:**<br>**GEORGE HAINES**<br>HAINES & KRIEGER, L.L.C.<br>8985 S. EASTERN AVE.<br>SUITE 350<br>HENDERSON, NV 89123 | **Trustee's Counsel:**<br>**JOSEPH A. GUTIERREZ**<br>MAIER GUTIERREZ &<br>ASSOCIATES<br>8816 Spanish Ridge Avenue<br>LAS VEGAS, NV 89148 |
| **Debtor's Counsel:**<br>**DAVID KRIEGER**<br>HAINES & KRIEGER, L.L.C<br>8985 S. EASTERN AVE.<br>SUITE 350<br>HENDERSON, NV 89123 | |

  xx   (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2018 at Santa Ana, California

*/s/ LaKeha Green*
LaKeha Green